1  *TERRY A. DAKE, LTD.*
   P.O. Box 9134
2  Phoenix, Arizona  85068-9134
   Telephone: (602) 710-1005
3  tdake@cox.net

4  **Terry A. Dake - 009656**

5  Attorney for Trustee

6              **IN THE UNITED STATES BANKRUPTCY COURT**

7                **FOR THE DISTRICT OF ARIZONA**

8  In re:                        )    In Chapter 7 Proceedings
                                 )
9  BARBARA A. BOWEN;             )    Case No. 2:25-BK-03839-DPC
                                 )
10                     Debtor.   )
                                 )
11 ─────────────────────────────)
                                 )
   LAWRENCE J. WARFIELD,         )
12      TRUSTEE,                 )    **Adversary No. 2:25-AP-00216**
                                 )
13          Plaintiff,           )
   v.                            )
14                               )    Hearing Date: September 4, 2025
   BARBARA A. BOWEN;             )    Heading Time: 1:30 p.m.
15                               )
                Defendant.       )
16 ─────────────────────────────)

17          **TRUSTEE'S RESPONSE TO MOTION TO DISMISS**

18         The trustee responds to the motion to dismiss filed by the

19 debtor/defendant at Adv. Dkt. No. 6 and re-filed at Adv. Dkt. No. 7.

20 The trustee's response is more fully set forth in and is supported by

21 the following Memorandum Of Points And Authorities.

22         DATED August 1, 2025.

23                              *TERRY A. DAKE, LTD.*

24                              By /s/ TD009656
                                   Terry A. Dake
25                                 P.O. Box 9134
                                   Phoenix, Arizona  85068-9134
26                                 Attorney for Trustee

27

28

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. INTRODUCTION**

Since this matter is before the Court on a motion to dismiss, the Court must accept all allegations in the complaint (Adv. Dkt. No. 1) as true and must draw all reasonable inferences from those allegations, construing the complaint in the light most favorable to the trustee. *Marchel Design, Inc. v. The Best Master Enterprises, Inc.*, 2008 WL 4723113, *1 (C.D. Ca. 2008), citing *Guerrero v. Gates*, 442 F.3d 697, 703 (9th Cir. 2006).

**II. FACTUAL BACKGROUND**

For the purposes of the Motion the facts of this matter are those set forth in the Complaint at Adv. Dkt. No. 1.

**III.  ARGUMENT**

The first argument presented by the motion is that this adversary proceeding is duplicative of the trustee's objection to the debtor's homestead exemption and, therefore, it is unnecessary.

While it is true that there are factual overlaps between this adversary and the exemption objection, the relief sought in each is legally distinct. The exemption objection seeks to deny exemptions claimed by the debtor.  This adversary seeks to deny her discharge.  So, while they have factual issues in common, the legal relief each seeks is entirely different.  Furthermore, exemptions are not appropriately objected to in an adversary proceeding, and a discharge dispute cannot be brought by motion, it must be by an adversary proceeding.  Thus, this adversary cannot be dismissed as unnecessary.

The second argument presented by the motion is that the

2

adversary proceeding fails to state "any new or valid cause of action". The motion is wrong. Taking the facts as pled in the Complaint as true, the Complaint asserts a valid cause of action for the denial of the debtor's discharge due to her numerous false oaths in this case.

Finally, to the extent that the motion contests the facts set forth in the Complaint, the motion fails. A motion to dismiss admits the truth of the facts asserted but nevertheless seeks dismissal on legal grounds. There are no legal grounds to dismiss this adversary proceeding. Ms. Bowen's disagreement about the facts alleged in the Complaint will require an evidentiary hearing so the Court can determine the facts. Ms. Bowen's disagreement with the facts set forth in the Complaint is not grounds to dismiss this adversary proceeding.

WHEREFORE, the trustee prays for the entry of an order denying the motions to dismiss at Adv. Dkt. Nos. 6 and 7.

DATED August 1, 2025.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
      Terry A. Dake – 009656
      P.O. Box 9134
      Phoenix, Arizona 85068-9134
      Attorney for Trustee

COPY mailed August 1, 2025 to:

**Barbara A. Bowen**
9406 E Ellis Street
Mesa, AZ 85207
barbarabowenhomes@gmail.com

/s/ TD009656

3